1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA
12          Plaintiff(s),                          No. CR S-04-0099 FCD
13      v.
14
    ROBERT OWENS,
15          Defendant(s).
    _____/
16
    UNITED STATES OF AMERICA
17
            Plaintiff(s),                          No. CR S-07-0187 MCE
18
        v.
19
                                                   **RELATED CASE ORDER**
20  ROBERT J. OWENS,
            Defendant(s).
21  _____/

22      Examination of the above-entitled actions reveals that they are related within the meaning
23  of Local Rule 83-123(a) (E.D. Cal. 2005). The actions involve the same defendant and are based
24  on the same or similar claims, the same property transaction or event, similar questions of fact
25  and the same questions of law, and would therefore entail a substantial duplication of labor if
26  heard by different judges. Accordingly, the assignment of the matters to the same judge is likely
27  to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.
28      The parties should be aware that relating the cases under Local Rule 83-123 merely has

1  the result that these actions are assigned to the same judge; no consolidation of the actions is
2  effected. Under the regular practice of this court, related cases are generally assigned to the
3  judge and magistrate judge to whom the first filed action was assigned.
4      IT IS THEREFORE ORDERED that the action denominated, CR S-07-0187 MCE is
5  reassigned to Judge Frank C. Damrell, Jr. for all further proceedings. Henceforth, the caption on
6  documents filed in the reassigned case shall be shown as: CR S-07-0187 FCD.
7      IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the
8  assignment of criminal cases to compensate for this reassignment.
9      IT IS SO ORDERED.
10 DATED: May 16, 2007

                    FRANK C. DAMRELL, JR.
                      UNITED STATES DISTRICT JUDGE