```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  CAMIL A. SKIPPER
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2709
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,     )   Case No. CR. S-04-099 FCD
                                  )
12            Plaintiff,          )
                                  )   STIPULATION TO CONTINUE
13       v.                       )   DISPOSITION AND SET STATUS
                                  )   CONFERENCE; ORDER THEREON
14  ROBERT OWENS,                 )
                                  )
15            Defendant.          )
    _____)
16  UNITED STATES OF AMERICA,     )
                                  )   Case No. CR. S-07-187 MCE
17            Plaintiff,          )
                                  )
18       v.                       )
                                  )
19  ROBERT J. OWENS,              )
                                  )
20            Defendant.          )
    _____)
21
22       The parties, through their undersigned counsel, respectfully
23  request that the disposition hearing currently set for May 21,
24  2007, in case number CR-S-04-099 be continued to June 25, 2007,
25  at
26  10:00 A.M. The parties also request that a status conference in
27  related case 07-187 be set on the same day.
28       On April 27, 2007, the defendant made his initial appearance
```

1

1 | in 04-099 and admitted all of the charges in the petition.  The
2 | court set the matter for disposition on May 21, 2007.  However, a
3 | grand jury returned indictment 07-187 on May 3, 2007; the
4 | defendant's arraignment is scheduled for May 17, 2007.  The
5 | government will provide discovery at the arraignment.
6 |     In light of the new indictment and the defendant's need to
7 | review discovery, the parties request that the disposition
8 | hearing be continued to June 25, 2007, and that a status
9 | conference in case number CR-S-07-187 be set for the same date.
10 | The parties agree that time should be excluded in case number 07-
11 | 187 for defense preparation pursuant to Local Code T4.
12 | DATED: May 16, 2006                McGREGOR W. SCOTT
                                       United States Attorney
13 |
14 |                                By   /s/ Camil A. Skipper
                                       CAMIL A. SKIPPER
15 |                                    Assistant U.S. Attorney
16 |
17 | DATED: May 16, 2006                /s/ Charles A. Pacheco
                                       CHARLES A. PACHECO
18 |                                    Attorney for defendant
19 | **ORDER**
20 |   IT IS HEREBY ORDERED THAT the disposition hearing presently
21 | set for May 21, 2007, in case number 04-099 is continued to
22 | June 25, 2007, at 10:00 A.M.  Furthermore, a status conference is
23 | set for June 25, 2007, at 10:00 A.M. in case number 07-187.  Good
24 | cause having been shown, time is excluded under the Speedy Trial
25 | Act from May 17, 2007, through June 25, 2007, to allow counsel
26 | reasonable time to prepare pursuant to Local Code T4.
27 | Date: May 18, 2007
28 |

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE