1 | Charles A. Pacheco, SB #129630
**PACHECO & SOMERA**
2 | A Professional Law Firm
8031 Freeport Boulevard
3 | Sacramento, California  95832

4 | (916) 665-5103
(916) 665-5107 (fax)
5 |

6 | Attorney for Defendant

7 |

8 | **IN THE UNITED STATES DISTRICT COURT**

9 | **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10 |

| UNITED STATES OF AMERICA, | CASE NO.: 2:04-cr-0099 FCD |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION RE CONTINUANCE OF JUDGMENT & SENTENCING** |
| ROBERT OWENS, | |
| Defendant. | |
| ──────────────────────────── | |
| UNITED STATES OF AMERICA, | CASE NO.: 2:07-cr-0187 FCD |
| Plaintiff, | |
| v. | |
| ROBERT OWENS | |

21 | IT IS HEREBY STIPULATED by and between the parties hereto through their respective

22 | counsel, and Teresa C. Hoffman, United States Probation Officer, that both matters referenced above

23 | shall be reset to the following dates:

24 | Judgment and sentencing date:                                   November 13, 2007, 10:00 a.m.

25 | Motion for Correction of the presentence report
shall be filed with the Court and served on the probation
26 | officer and opposing counsel no later than:                  November 6, 2007

27 | The presentence report shall be filed with the Court and
disclosed to counsel no later than:                                October 30, 2007

28 |

Stipulation re Continuance of Judgment & Sentencing            1.

| | | |
|---|---|---|
| Counsel's written objections to the presentence report shall be delivered to the probation officer and opposing counsel no later than: | | October 23, 2007 |
| The proposed presentence report shall be disclosed to counsel no later than: | | October 9, 2007 |

DATED: September 24, 2007          PACHECO & SOMERA


                                   /s/ Charles A. Pacheco
                                   CHARLES A. PACHECO, Attorney for Defendant

DATED: September 24, 2007          UNITED STATE PROBATION


                                   /s/ Terri L. Wilkins
                                   TERRI L. WILKINS, Supervising United States Probation Officer

DATED: September 24, 2007          McGREGOR W. SCOTT
                                   United States Attorney


                                   /s/ Camil A. Skipper
                                   CAMIL A. SKIPPER, Assistant U.S. Attorney

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION, it is hereby ordered that the judgment and sentencing date, and all dates related to the presentence report, shall be rescheduled as set forth herein.

DATED: September 27, 2007

                                   FRANK C. DAMRELL, JR.
                                   UNITED STATES DISTRICT JUDGE